[No. 16871–1–I.   Division One.   April 29, 1987.]

BILLIE MCKEE, ET AL, *Appellants,* v. PEOPLES NATIONAL BANK, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 82–2–00007–1, John E. Rutter, Jr., J., entered March 2, 1984. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Pekelis, J., concurred in by Scholfield, C.J., and Ringold, J.

[No. 8528–3–II.   Division Two.   April 29, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 84–1–00204–7, Dale M. Nordquist, J., entered February 27, 1985. *Affirmed* by unpublished opinion per Skimas, J. Pro Tem., concurred in by Dolliver and Kirkwood, JJ. Pro Tem.

[No. 8948–3–II.   Division Two.   April 29, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JESSE M. GAY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 85–1–00166–2, Karen B. Conoley, J., entered July 8, 1985. *Affirmed* by unpublished opinion per Brachtenbach, J. Pro Tem., concurred in by Ennis and Gavin, JJ. Pro Tem.